# THE SUPREME COURT
## STATE OF WASHINGTON

**RONALD R. CARPENTER**
SUPREME COURT CLERK

**SUSAN L. CARLSON**
DEPUTY CLERK / CHIEF STAFF ATTORNEY

**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

May 10, 2011

Washington State Bar Association
 Linda Briggs Eide
1325 4th Avenue Suite 600
Seattle, WA 98101-2539

Robert Perez
Law Office of Robert Perez
1520 140th Avenue NE Suite 200
Bellevue, WA 98005-4501

Re: Bar No. 36837 – In re Kristine Villager, Attorney at Law
Supreme Court No. 200,925-5

Counsel:

Enclosed please find the Order Approving Stipulation to Disbarment signed by the Supreme Court Chief Justice on this date.

Sincerely,

*Desireé Chandler* (signature)

Desireé Chandler
Coordinator
Attorney Discipline/Admissions

DRC:drc
Enclosure as stated
cc: Ms. Julie Shankland, WSBA
    Ms. Allison Sato, WSBA
    Ms. Cindy Jacques, WSBA
    Mr. Josh Calico, WSBA

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | BAR NO. 36837 |
| | ) | |
| | ) | Supreme Court No. |
| KRISTINE VILLAGER, | ) | 200,925-5 |
| | ) | |
| ATTORNEY AT LAW. | ) | ORDER APPROVING |
| | ) | STIPULATION TO DISBARMENT |

This matter came before the Court on the Washington State Bar Association Disciplinary Board's order approving a Stipulation to Disbarment pursuant to ELC 9.1(c)(2), entered into by Kristine Villager, her counsel and WSBA Disciplinary Counsel on January 11, 2011. The Court reviewed the Order and the Stipulation and determined unanimously that an Order approving the stipulation to disbarment should be entered. Now, therefore, it is

ORDERED:

Kristine Villager is disbarred from the practice of law. Pursuant to ELC 13.2, the effective date of disbarment is May 17, 2011. Costs and expenses, pursuant to ELC 13.9, as approved by the disciplinary board, and restitution, pursuant to ELC 13.7, as approved by the disciplinary board, will be paid by Kristine Villager.

DATED at Olympia, Washington this 10th day of May, 2011.

For the Court

*Madsen, C.J.*
CHIEF JUSTICE