1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In the Matter of Kristine Villager<br><br>WSBA No. 36837 | Case No. 2:11-rd-00016<br><br>ORDER TO SHOW CAUSE |
|---|---|

11      This matter comes before the Court under General Rule 2(f)(6) of the Local Rules of the

12 United States District Court for the Western District of Washington.  The Court has been

13 informed that you have been disbarred from the practice of law by the Washington State

14 Supreme Court.  <u>See</u> "Supreme Court Order No. 200,925-5" dated May 10, 2011.  Based on this

15 information, you are hereby **ORDERED TO SHOW CAUSE** within **30 days** why reciprocal

16 discipline should not be imposed by this Court.  Failure to timely respond to this Order shall be

17 deemed acquiescence to reciprocal discipline by this Court.[1]  If you have electronic filing

18 privileges in this district, any response to this Order may be filed in CM/ECF under the above

19 cause number.  Otherwise, any response to this Order should be directed to William M. McCool,

20 the Clerk of the Court at:  US Courthouse; 700 Stewart Street, Suite 2310; Seattle, WA 98101.

21
22
23
24

---

[1] Should you choose to respond to this Order, you must produce a certified copy of the entire record from the Washington State Bar Association and the Washington State Supreme Court or persuade the Court that less than the entire record will suffice.

1  DATED this 11th day of May, 2011.

2

3

4  *[signature]*
   ROBERT S. LASNIK
   Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE